UNITED STATED DISTRICT COURT
NORTHERN DISTRICT COURT OF INDIANA
SOUTH BEND DISTRICT

| | |
|---|---|
| WILLIE JOE GRAHAM SR., DIANNA GRAHAM<br>Plaintiff<br>  Vs<br>Elkhart General Hospital<br>James L. Shoemaker Jr.<br>O Dene Hanniffe Lewis, Dr.<br>Muhammad Ahsan Saeed, Dr.<br>Hude Hazmul, Dr.<br>Tim Chupp, RN<br>Defendants | CASE, CLAIM, CAUSE NO.<br>3:23CV345<br><br>-FILED-<br>MAY - 1 2023<br>Chanda J. Berta, Acting Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA |

## DISCRIMINATION AND WRONGFUL DEATH
## "NEW DAY LYNCHING"

\5\See Tuskegee University Archives Repository, Lynching, Whites & Negroes, 1882-1968, retrieved at http://archive.tuskegee.edu/archive/handle/123456789/51; Jessie P. Guzman, Negro Yearbook (1952), at 275-279, https://archive.org/details/negroyearbook52tuskrich (last visited Oct. 29, 2019).
    \6\See Equal Justice Initiative, Lynching in America; Confronting the Legacy of Racial Terror, at 5 (3rd ed. 2017), www.lynchinginamerica.eji.org/report-landing (last visited Oct. 29,2019). EJI distinguishes ``terror lynchings'' from racial violence and hate crimes that were prosecuted as criminal acts, classifying the incidents as acts of terrorism because the murders were carried out with impunity, sometimes in broad daylight, often ``on the courthouse lawn.''

H.R. 55, the ``Emmett Till Antilynching Act,'' would amend section 249 of title 18, United States Code, to specify lynching as a hate crime under federal law. The bill corrects a longstanding omission from federal civil rights law.

My husband's death was a modern day lynching, five white men (EMT's) came to our home and took my husband against our wishes. My husband experimented on for over eight hours restrained in bed. He was sent to CCU where he was given fentanyl which cause him to have a Grand Mal Seizures. He was allowed to jerk around without any assistance causing extreme damage to his neck. His head was injured maybe in a fall during Grand Mal Seizures. His leg was injured bruised where his bone morrow was drawn without permission. Then the cover-up started, his medical records were falsified, the hospital refuse to release his original to records to me. My husband was never in a room within two hours. I was never at his bed side and I never gave my co sent to anyone in the ER because no one asked me anything not even my husband's name. the was a horrendous crime on so many levels and he did not deserve to be treated in the manner no one does. My husband deserved and desired to live which is a human right.

One day in 2020 I went to have a restraining order put on two of my grandchildren, when I arrived at the DA's office I changed my mind because I did not want them in the system. After my husband's death as cover-up was in being put into place they (DA's office) tried to say I wanted to put a restraining against my husband. Also our front door glass was broken I call the police when I noticed the glass was broken, I was told the weather had caused the glass to shatter. After my husband's death the glass being broken was in his false medical records. Why, would the EMT's write in their report? It was done to make up a narrative, of us fighting to cover-up all of my husband's injuries that he did not have when he went to EGH. My husband was also experimented on without a doctor in intensive care for over sixteen days where he was assaulted depraved ways by people that took an oath to **first do no harm.**

Willie Joe Graham Sr. was a wonderful man, husband, father, grandfather, and great-grand father. He was a man of excellence. He did everything the he should have, he worked and raised his family but his life was still taken for no reason.

I (Dianna Graham) am proceeding *pro se*, am asking the Judge for a Jury Trail and that each defendant makes an appearance in person. I am asking the Judge to declare each witness as a **Hostile Witnesses.**

**I AM ALSO ASKING FOR THE JUDGE TO APPOINT ME Council.**

LIST OF DEFENDENTS

| | | |
|---|---|---|
| ELKHART GENERAL HOSPITAL<br>Coved up my husband's death | 600 EAST BLVD | ELKHART, IN 46514 |
| ELKHART CLINIC<br>Covered up my husband's death and feeds the EGH | 303 SOUTH NAPPANEE ST. | ELKHART. IN 46514 |
| CARL RISK<br>Covered up my husband's death and refused to give me my husband original medical records. | 600 EAST BLVD. | ELKHART. IN |
| JAMES SHOEMAKER DR.<br>Dr. James as the attending physician, he allowed my husband to be tortured, abused and experimented on for over eight hours. He used my husband as a training doll for trainee nurses. | 7701 WEST CROMWELL | LIGONIOR .IN 46767 |
| LINDA THOMAS<br>Three pages at the end of the chart | 309 ½ HACKETT RD. | GOSHEN. IN |
| OWEN HANSEN: **CHAPLIN**<br>Make sure I did not leave the room I was put in and left me there for over eight hours | 600 EAST BLVD. | ELKHART. IN |
| SARA K. ATKINSON<br>Cover up | 2310 CALIFORNIA RD. | ELKHART, IN 46514 |
| KERI L. NIEDBOLSKI<br>Cover up | 68260 ELM RD. | BREMAN IN 46506 |
| MINNIE ENRIQUEZ DR.<br>Knows the truth | 303 SO NAPPANEE ST | ELKHART, IN 46514 |
| HUDE HAZMUL DR.<br>Did nothing to save my husband | 303 SO NAPPANEE ST | ELKHART. IN 46514 |

| | | |
|---|---|---|
| O DEAN LEWIS DR.<br>Did not thing to save my husband | 600 EAST BLVD. | ELKHART IN 46514 |
| MUHAMMAD SAEED DR,<br>Did nothing to save my husband | 303 SO NAPPANEE ST | ELKHART, IN 46514 |
| TIM J, CHUPP RN<br>Was the nurse that told ( my son and i) nothing was wrong with my husband, but he never took me to my husband's bed side. He (Tim ) left me in a side room for over eight hours. Tim Also told us that my husband never lost his pulse, did not have corvid, his vitals were good and his blood was fine. | 607 REVERE DR, | GOSHEN, IN 46426 |
| JENNYIFER SWAIN<br>Cover up | 59760 PARKWAY DR. | ELKHART, IN 46516 |
| BETH A. GERIG<br>Cover up | 63521 MADISON ST | MISHAWAKA, IN 46544 |
| MEREDITH WEIDOW<br>Cover up | 22419 PINE ARBOR DR. #1 | ELKHART, IN 46516 |
| GEBRIELLE WARNER<br>Cover up | 600 EAST BLVD. | ELKHART, IN 46514 |
| JENNIFER YOUNG<br>Refused to give me my husband's original medical records. | 600 EAST BLVD. | ELKHART. IN 46514 |
| NANCY KAUFFMAN<br>Help Linda Thomas steal my husband's original medical records about 2000pages of the false records. | 613 RIVER CREEK RUN | GOSHEN, IN |
| KATHY BONTRAGEN<br>Kathy was responsible for my husband's medical records being falsified and having the false ones printed for me. | 600 EAST BLVD. | ELKHART. IN 46514 |
| Linda Thomas<br>below | | |

1. The Complaint is highly jumbled and rambling, with a strange intermixture of handwritten and typewritten information. In many instances, the Complaint does not logically flow from page to page, so it is difficult to decipher what is being alleged against anyone.

1a. the reason that it Complaint is jumbled and rambling, with strange intermixture of handwritten and typewritten information is because part of the complaint was typed at home and the forms were filled out at the courthouse. I think it is understandable that I did not have excess to a laptop. I do not thing it is hard to understand or decipher what is being said or alleged against anyone.

2. But there is one (and only one) reference to Thomas. On Page 5, the Complaint says Thomas and another defendant "stole my husband's real-original medical records and about 2,000 pages of the false records." There is no claim as to when this occurred, how Thomas allegedly accomplished it, what relationship Thomas has to either the plaintiff or the co-defendant Nancy Kauffman, or how any of this could be connected to the rambling allegations on Pages 7 and 8 of the Complaint—all of which are related to medical treatment. Further, there is no explanation of what is meant by "real-original medical records" or "false records."

2a. the Complaint reference Linda Thomas on page because she and Nancy Kauffman because they were my grief counselors, they called me everyday or I called them. They came to my home often, we went places together and eat together. I thought I could trust both of them. Linda also wanted to see my husband's medical records so she could see the discrepancy in what I said happen to my husband and what the hospital said. I would let he sit at my dinning room table at take notes, one day she took the records. We myself ( Linda on Zoom), Nancy and others meet at the hospital to convince the hospital to give my husband records back. Not know that they were the one that took them. after I received more records Linda want to meet at Nancy home to check the page numbers . linda and Nancy took the boxes to my car which took them a long time to come back in the house whicch is when they took the 2000 pages I believe. I did not know either of them but I trusted them because they acted like they wanted to help me and Linda is the Spiritual Director and owner of Pathways Spiritual Retreat. I honestly thought I could trust them.

3. Thomas cannot reasonably respond to vague allegations that do not describe the who, what, when, and where of the claim.

3a. I know Linda could have responded reasonably to my statements because she knows what happen to my husband records.

The who is Linda Thomas.

The what is the taking of my husband's medical records.

The when is over a period of time from October of 2020 to around October 2022 of

The where is from my home and Nancy' house.

4. Further, these vagaries are significant because evidence will show that Thomas not in the healthcare industry, not employed by any other defendant, and could not have possibly been involved in any of the events alleged on Pages 7 and 8. As such, the prayer for relief asking that defendants be ordered "never to practice medicine" is meaningless in relation to Thomas because she never has (and never plans to) practice medicine.

4a. Linda Thomas is a Spiritual Leader that said she care abut me and was suppose to be helping me with my grief. Linda took notes of everything that I said or did. Maybe not when it was always happening be she has a detailed record of our time together and every time we talked on the phone. I use to ask her if she was writing a book, she has enough information to write one about the perils of my husband's at Elkhart General Hospital. I use to call her multiple times a day and we would talk for hours some days.

I would assume that that statement was not for Linda. I know we all can understand that. All I want from her is the truth.

I do not understand the meaning of "the prayer of relief".

Linda's is not one of the people at the hospital the day my husband died.

5. The prayer for payment for "the loss we have suffered" is more understandable in the abstract, but nothing in the Complaint explains if, how, or when Thomas caused any alleged "loss." We don't even know if Plaintiff claims Thomas stole records from her or from someone else.

5a. "The prayer for payment for 'loss we have suffered" is laughable it is nowhere in the Complaint. It seems to be falsified because I never said anything like it. Linda caused me loss because she took my husband's medical records which is all I had to alleviate my pain and suffering, all I have now is false documents from his late days on earth.

6. Further, the absence of any allegations of timing makes it impossible to tell if Plaintiff's claims (such as they are) maybe subject to statutes of limitation or other timeliness defenses.

6a. Once again Linda Thomas, my Spiritual Grief Counselor has all of the written documentation of my husband's untimely death. I trust her with my life because in believed she cared about me and my family.

Thank You
Dianna Graham
903 West Lusher Av
Elkhart, IN 46517
574-202-1074