AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIAM J. GRAHAM *also known as Willie Joe Graham, Sr.*
DIANNA GRAHAM
    Plaintiff

        v.         Civil Action No. 3:23-cv-345

ELKHART GENERAL HOSPITAL
JAMES L SHOEMAKER, JR *also known as James Shoemaker*
O'DENE HANNIFFE LEWIS, *Dr also known as* O Dean Lewis
MUHAMMAD AHSAN SAEED, *Dr also known as* Muhammad Saeed
HUDE HAZMUL, *Dr*
TIM J. CHUPP, *RN*
ELKHART CLINIC
CARL RISK
LINDA THOMAS
OWEN HANSEN, *Chaplin*
SARA K. ATKINSON
KERI L. NIEDBOLSKI
MINNIE ENRIQUEZ, *Dr*
JENNYIFER SWAIN
BETH A GERIG
MEREDITH WEIDOW
GABRIELLE WARNER
JENNIFER YOUNG
NANCY KAUFFMAN
KATHY BONTRAGEN
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____
the amount of _____ dollars ($_____
), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the

plaintiff *(name)* _____ .

**X** Other: _____ This case is DISMISSED WITHOUT PREJUDICE. _____

This action was *(check one)*:

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty on Complaint _____

DATE: _____ 5/22/2023 _____                    CHANDA J. BERTA, CLERK OF COURT

                                               by _____ /s/ S. Kowalsky _____
                                                   *Signature of Clerk or Deputy Clerk*